UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Helene Villegas, | ) | Civil Action No. |
|     Plaintiff, | ) | |
| v. | ) | |
| Michael McFarland, Regional Manager, New Castle County Probation and Parole, in his individual Capacity; and JANE DOE, JOHN DOES Nos. 1,2,3,4,5,6,7,8, and 9, New Castle County Probation and Parole Officers, in their individual capacities. | ) ) ) ) ) ) ) ) | |

RECEIVED JUL 2008 BY:

### Waiver of the Service of Summons

To:  Edward C. Gill, Esquire
     16 North Bedford Street
     P.O. Box 824
     Georgetown, Delaware  19947

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within sixty (60) days from the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date  7/8/08

*[signature]*
Michael McFarland

MICHAEL MCFARLAND
(Print) Michael McFarland

Office of Probation and Parole
26 Parkway Circle
New Castle, Delaware 19720