IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HELENE VILLEGAS, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| MICHAEL MCFARLAND, Regional | : | |
| Manager, New Castle County Probation | : | NO. 08-cv-370 (SLR) |
| and Parole, in his individual | : | |
| capacity; and JANE DOE, JOHN DOES | : | |
| Nos. 1, 2, 3, 4, 5, 6, 7, 8, and 9, New | : | JURY TRIAL DEMANDED |
| Castle County Probation and Parole | : | |
| Officers, in their individual capacities. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 1st day of Aug., 2008, after consideration of Plaintiff's Motion Requesting Emergency Limited Discovery for the Purpose of Ascertaining the Identities of Defendants Jane Doe and John Doe Nos. 1-9, the Court makes the following findings:

1. Plaintiff has made several unsuccessful efforts to determine the identities of the Jane and John Doe Defendants, both prior to filing the Complaint and after filing it. These efforts include (a) a letter to Colonel. Rick Gregory of the New Castle County Police Department in February 2007; (b) a letter to Bureau Chief Noreen Renard of the Bureau of Community Corrections in February 2007; (c) a letter to Lieutenant Colonel Mark Seifert of the Delaware State Police in April 2007; (d) various communications with the Department of Correction, through its attorney, between February and June 2007; and (e) additional communications with the Department of Correction, through its attorney, in July 2008.

2. Because no attorney has yet been assigned to represent Defendant MacFarland, Plaintiff cannot make a request of Defendant MacFarland's counsel directly.

3. The statute of limitations on Plaintiff's action will run on August 4, 2008.

4. Plaintiff wishes to amend her complaint to include the identities of the Jane and John Doe Defendants prior to that date.

**IT IS THEREFORE ORDERED** that Plaintiff shall serve the limited discovery requests identified in her motion on Defendant MacFarland and Deputy Attorney General Ophelia Waters, Esq., and Defendant McFarland shall respond to those discovery requests no later than Friday, August 1, 2008.

SO ORDERED:

Sue L. Robinson, U.S.D.J.